UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                    **PLAINTIFF**

**VS.**                                         **CRIMINAL ACTION NUMBER:   3:07CR-128-01-JHM**

**DOMINIQUE JAMES**                                                                              **DEFENDANT**

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The proceedings were recorded by Alan Wernecke, Official Court Reporter.  The Defendant, by consent, and with Scott T. Wendelsdorf, Federal Defender, appeared before me on July 30, 2008, and entered pleas of guilty as to Counts 1 and 2 of the Indictment, and acknowledges and agrees to the forfeiture amount of $525.00 in Count 3 of the Indictment, which has been liquidated.  The defendant entered the pleas of guilty without a plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The defendant shall remain under the terms and conditions of his present bond pending sentencing before the District Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 25